**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Emilio LOPEZ, Petitioner.**

**No. 772 E.D.Alloc.Dkt.1995.**

Supreme Court of Pennsylvania.

Feb. 28, 1996.

***ORDER***

PER CURIAM.

AND NOW, this 28th day of February, 1996, the Petition for Allowance of Appeal is granted. The order of the Superior Court is reversed. *See, Commonwealth v. Banks,* 540 Pa. 453, 658 A.2d 752 (1995).

**Kathy K. THOMAS, Appellee,**

v.

**Shannon L. MILLER, Appellant.**

Supreme Court of Pennsylvania,
Middle District.

Submitted Sept. 8, 1995.
Decided March 1, 1996.

James J. Karl, Lancaster, for Appellant.

Shannon Miller, pro se.

Gina R. Brownfield, for Appellee.

Kathy Thomas, pro se.

***ORDER***

PER CURIAM.

Appeal dismissed as having been improvidently granted.